U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

April 30, 2008

**BY HAND**

Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 30 2008

      Re:    <u>United States v. Joel Katz</u>
                08 Cr. 287

Dear Judge Francis:

      The above-named defendant was arrested this morning on the above-captioned sealed indictment.  The Government requests that the indictment be unsealed so that it may be assigned to a district court judge.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

        By:   _____
                Arlo Devlin-Brown
                Assistant United States Attorney
                (212) 637-2506

SO ORDERED: _____

*/s/ James C. Francis IV*
Hon. James C. Francis
United States Magistrate Judge

DATED: