**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 1 2008

**BY FACSIMILE**
Honorable Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

> **Re:** **United States v. Joel Katz**
> **08 Cr. 287**

Dear Judge Swain:

The Government and defendant jointly request that the conference in the above-referenced case, set for July 2, 2008, be adjourned for approximately six weeks. The Government recently informed the defendant of a separate pending investigation involving Joel Katz and others in the Northern District of Virginia. In light of this information, the defendant is exploring a resolution to matters in both districts and defense counsel wants the opportunity to meet with the prosecutor in that district in assessing the situation. The Government believes that these discussions could be productive and does not object to deferring the proceedings in this district for a short time so such conversations can take place. The Government therefore submits that an adjournment for approximately six weeks would be desirable and that given the interests of the parties (and the fact that the defendant resides in Pennsylvania) an appearance on July 2 is unnecessary.

The Government submits that time should be excluded under 18 U.S.C. § 3161(h)(8)(A) in the interests of justice; the defendant does not object to this request.

*The foregoing adjournment and exclusion*
*requests are granted as in the interests of*
*justice in light of the information presented.*
*The conference is adjourned to*
*August 15, 2008, at 4:00pm and time*
*is excluded from speedy trial*
*computation through that date.*
*SO ORDERED.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Arlo Devlin-Brown

Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

6/30/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE